**16-305**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00231-JCM-VCF |
| vs. | **ORDER** |
| MOHAMMAD SHAFIQUE, | |
| Defendant. | |

Before the Court is Defendant Mohammad Shafique's Motion to Dismiss Counsel for the Defense (ECF No. 22), filed on September 28, 2017. Shafique filed this motion on his own behalf. He is represented by Brian Pugh. (ECF No. 7). Mr. Pugh was appointed as counsel of record on August 1, 2017. *Id.*

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that Defendant Mohammad Shafique's Motion to Dismiss Counsel for the Defense (ECF No. 22) is DENIED.

The Clerk of Court is directed to strike the Defendant Mohammad Shafique's Motion to Dismiss Counsel for the Defense (ECF No. 22).

DATED this 29th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE