# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MOHAMMAD SHAFIQUE,<br><br>        Defendant. | 2:17-cr-00231-JCM-VCF<br>**ORDER** |

Before the Court is the Motion to Appoint New Counsel (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Appoint New Counsel (ECF No. 24) is scheduled 11:00 AM, October 12, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 5th day of October, 2017.

                                                        CAM FERENBACH<br>                                                        UNITED STATES MAGISTRATE JUDGE