# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>MOHAMMAD SHAFIQUE,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:17-CR-231 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *USA v. Shafique*, case number 2:17-cr-00231-JCM-VCF. (ECF No. 38).

Defendant Mohammad Shafique seeks compassionate release in light of the COVID-19 pandemic. (ECF No. 37). Per General Order 2020-06, the Federal Public Defender's office ("FPD") is presumptively appointed "to represent a defendant if that defendant files a pro se section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the FIRST STEP Act. FPD must file a supplement to the defendant's pro se motion within fourteen days." Amended General Order 2020-06.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the federal public defender is appointed as counsel to represent defendant, unless the federal public defender declines the appointment on the basis of a conflict and files a motion requesting the appointment of CJA counsel no later than fourteen (14) days from the date of this order.

DATED September 30, 2020.

　　　　　　　　　　　　　　　　　　　　　　*/s/ James C. Mahan*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**